**2004–1738.   Parsons v. Bur. of Workers' Comp.**
Franklin App. No. 03AP–772, 2004-Ohio-4552. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–1967.   State ex rel. Maxwell v. Kainrad.**
Portage App. No. 2004–P–0042, 2004-Ohio-5458. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *March 2, 2005*

[Cite as *03/02/2005 Case Announcements*, 2005-Ohio-763.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–2029.   Votewatch Corp. v. Franklin Cty. Bd. of Elections.**
In Mandamus. On answers of respondents Fairfield County Board of Elections, Franklin County Board of Elections, Lorain County Board of Elections, Mahoning County Board of Elections, and Van Wert County Board of Elections; motion of respondent Fairfield County Board of Elections for judgment on the pleadings; motion of respondent J. Kenneth Blackwell to dismiss; and motion of relator for partial summary judgment as to respondent Fairfield County Board of Elections. Motion for judgment on the pleadings sustained. Motion to dismiss sustained. Motion for partial summary judgment denied. Cause dismissed.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
PFEIFER, J., dissents and would grant an alternative writ.

**2004–2085.   State ex rel. Ruff v. Wilkinson.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. Motion to amend complaint denied as moot.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2004–2105.   State ex rel. Ham v. Court of Appeals, Seventh Appellate Dist.**
In Mandamus and Prohibition. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.